IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JASON MCKINLEY; CASE MCKINLEY, | ) ) ) | CIVIL NO.  11-00640 JMS/KSC |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| ALLEN WILSON, ET AL., | ) ) | |
| Defendants. | ) ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 16, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "findings and Recommendations to Deny Defendant's Fees and Related Non-taxable Expenses" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, June 25, 2012.



/s/ J. Michael Seabright
_____
J. Michael Seabright
United States District Judge